AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05339

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Hengyuan Daily Shop and all other Defendants identified

was received by me on *(date)* 05/12/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

☑ Other *(specify)*: On May 21, 2026, I sent an email to the email addresses provided for Defendants by the third party with the summons, the complaint and the Court' s Order authorizin g electronic service.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/25/2026

Kristina Jackson Morales

*Server's signature*

Kristina Jackson Morales

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attempted service, etc: