**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Guanghua Chen,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-05339

Honorable Joan H. Lefkow

**ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Guanghua Chen ("Plaintiff") and Defendants listed in Exhibit 1 ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in Exhibit 1 through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in Exhibit 1 from the Amazon seller accounts associated Defendants identified therein and remit those amounts to Plaintiff's counsel within seven (7) days of receiving this Order.

IT IS SO ORDERED.

Dated: June 26, 2026

Joan H. Lefkow
United States District Judge

**EXHIBIT 1**

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | inFengJianCai | A230OGC0HSXA05 | $7,900 |
| 2 | qxqSe | A3SN6D0ZR3CF4V | $7,000 |
| 3 | Wanhua Home Supply | A1DARMOQ1LW9D8 | $6,800 |
| 4 | weidianyuan co., ltd. | A3J6TUGE51D5G4 | $6,600 |
| 5 | WashingtonSexDoll04 | A2SE82O2C78Q9X | $6,200 |
| 6 | LingqiWL | A7DCIM28D71QU | $5,700 |
| 7 | Bright Crane Direct | A2OJY6JDTYB9BR | $5,500 |
| 8 | Haoyun Home Market | A2U1YFHMZB1ZGR | $4,500 |
| 9 | Golden Tiger Supply | A63OHAGJ5BPL8 | $2,900 |
| 10 | Tianyi Health Market | A3QARV9FDEXVIJ | $2,700 |
| 11 | jinanchuanmaojianzhujiancaiyouxiangongsi | A32YPD2KZUF52A | $2,300 |
| 12 | Silver River Supply | A2JXQR0F2GWLN8 | $1,900 |
| 13 | ShaoDongShiPingGongShangMaoYouXianGong Si | A2S6UZ9QKEJHR4 | $1,700 |
| 14 | PureBloom Health | A26U1XTHXZ7JPA | $1,600 |
| 15 | Haifeng Daily Shop | A3TKUN6IQRMWS0 | $1,100 |
| 16 | angshengshanghang | ASE67W29GNTTP | $700 |
| 17 | Eskute Direct | A1BV5GRJDB4PA3 | $99,600 |
| 18 | HEGESHANGHAO | A27CCVQ1FBIXNX | $10,800 |
| 19 | EXDCH102 | A1KUMNR1535KXH | $95,700 |
| 20 | LiangTaoLi3533 | A3PZO81AXYLJ6G | $11,500 |
| 21 | Yongan Living Store | ANSG83U2UFCQJ | $10,900 |
| 22 | JIANCAIWANGGE888 | A2SWCCVK1YG9PD | $9,200 |
| 23 | huangmeixianjiaozhenshangmaoyouxiangongsi | A3M39QU14KN9X9 | $7,700 |
| 24 | HatRush Crew | A38EDHRUW7TNV0 | $7,000 |
| 25 | Global Premium Selection | A2UZQOY2G26DO7 | $5,900 |
| 26 | Tiqiantuixiule | A1L52366QLGXQT | $5,600 |
| 27 | MouYun Trading | A2NJX3B5CCUN9D | $5,000 |
| 28 | yfctfff | A333D45O4RB1N5 | $4,400 |
| 29 | guangzhoudongzhengshangmao | A26HWTRWL2NQBL | $3,900 |
| 30 | MianYangShiQiXingJuFangWuKeJiYouXianGo ngSi | A166CQBOEH0DNN | $1,900 |
| 31 | HHVB US | A17QY7J2M2WSNV | $59,000 |
| 32 | Li Senlei Shop | A1RP6V57QESPDO | $20,400 |
| 33 | EXDCH030 | A1FTTLMHW5ND0G | $6,800 |
| 34 | EXDCH405 | A1BT0HALJ8ZZ9S | $5,900 |

| | | | |
|---|---|---|---|
| 35 | British Intelligent Technology | A3K71USMFK08YR | $5,500 |
| 36 | Marion Brown-US | A33C22YAXEA32X | $4,700 |
| 37 | Yunhai Trading US | AP4QOQU90AXBL | $4,100 |
| 38 | cbdhcgdshfgv | A2MQIGFBJ1I1YA | $3,700 |
| 39 | rensanfengsjhdjasdh | A3QZXJA6IMDY84 | $3,400 |
| 40 | chenhaidongwuyeq | A2MJ05NVPBHZQ8 | $3,100 |
| 41 | HuantongZZ | A31PGEM8ZB73WN | $2,900 |
| 42 | Zorya Store | A285KAVEDPO9HM | $2,500 |
| 43 | FLY US | A3PG598UKH792A | $55,600 |
| 44 | Mingrui Home Store | A3JDVALP33MVPP | $17,300 |
| 45 | Cloud Mountain Goods | A6BBSXRH5V5HF | $7,500 |
| 46 | Hearthside-US | A1P6QV4OYB9KGZ | $6,700 |
| 47 | EXDCH574 | A20V7NDOWMXJGV | $5,700 |
| 48 | GuangXiLvFaXinNengYuanKeJiYouXianGongS i | A3VOUXRFSH3DW0 | $4,900 |
| 49 | shanghaixiudongyunshuyouxiangongsi | AZYPWKOEILPVP | $4,100 |
| 50 | facaijinbaoxiaodianpu | A3LXSPJWN9OV4T | $3,600 |
| 51 | Lei&Qtong&Q | ASFJKHUU4CAI7 | $3,100 |
| 52 | Bright Sun Selection | A30GPRWSCLG48C | $2,400 |
| 53 | LuckyStone Official | ACYAEKZL20J03 | $2,200 |
| 54 | OceanBridge Direct | A2F745LFXHI4Y4 | $2,200 |
| 55 | Lidianhai-studio | A2U5CMGLO34GOR | $2,100 |
| 56 | henanzhexianjianzhulaowuyouxiangongsi | A1ED22C7U5FMCN | $1,800 |
| 57 | Cloud Star Mall | A1Y76G1XL0TYES | $1,600 |
| 58 | Zhongshan Beauty Life | A2BCTGNDAGR1LE | $45,700 |
| 59 | LiangJinMeiYuBaiHuo | A3VWJ61TAYNNZE | $11,600 |
| 60 | Asuno health | A14IIGYH8GBB5I | $7,100 |
| 61 | Maple Health Store | A1NP4ITV1KMVWY | $2,000 |
| 62 | Lucky Pine Trading | A37AMOH5GOB6SN | $2,000 |
| 63 | Westlake Home Goods | A3KZCOO2DAZI9F | $1,900 |
| 64 | Cloud River Goods | A244Z4GT24NW7P | $1,600 |
| 65 | Anyouxuanshangmao | ANPYAZ8SIZ9O7 | $1,400 |
| 66 | Longxin Trading Co. | A3ONSOH3SV4VQG | $1,200 |
| 67 | Golden Harbor Direct | AJO8TJLI6U00W | $1,200 |
| 68 | EverLuck Trading | A2N3ACDE4UITF | $1,000 |
| 69 | Eastwind Daily Goods | A1EDROMENID82T | $200 |
| 70 | Vdeaszo- US | A1TC0F83VAA1T3 | $44,800 |
| 71 | guangzhouniuchengwujinyouxiangongsi | A1JO98YIEM3TIQ | $20,800 |
| 72 | EffectiveService-US | A818IE2Z7GIVT | $13,900 |
| 73 | LAHXCKAZ | AV6KYTV8VFLNI | $8,200 |

| | | | |
|---|---|---|---|
| 74 | WangXinFengShangMaobeimei | A3LY5OF9SK73H | $5,800 |
| 75 | chongqingningxianshangmaoyouxiangongsi | A3CC8TMRJE3IBF | $5,600 |
| 76 | JUNCHEQ | A1AXHM9QDRTMA9 | $5,200 |
| 77 | CEkao | A1HR2OUPEQE2JQ | $4,700 |
| 78 | HotDragon | AFH4O20A72H6N | $4,400 |
| 79 | CSJING | A1S3NV4I9M7HG | $3,800 |
| 80 | Blue Ridge Selection | A3A4ETPBFYLCA8 | $3,500 |
| 81 | Mingda Trading House | AGDINPKGQ9JEF | $3,400 |
| 82 | JYRTYHTR | A1ITBIPQ9KXAUW | $3,200 |
| 83 | XHQ head care | A327WAFPHH72UJ | $3,100 |
| 84 | Qingshan Beauty Life | AKVZIO28CI4D8 | $2,800 |
| 85 | YongZhouShiLengShuiTanQuDanJiangTuShanMaoYouXianGongSi | AN7B2WH588APD | $2,600 |
| 86 | botengwangluoxiaoshou | A2KML8O4SD6Q07 | $2,200 |
| 87 | TaiYuanWenYueSuShangMaoShangHang | ATTVYY5NPUJ7K | $1,800 |
| 88 | Jinhua Beauty Store | A2IWZMTH0AXWFX | $1,400 |
| 89 | LIANTO | A3QYRNT8ZSOP30 | $1,200 |