**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Guanghua Chen,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-05339

Honorable Joan H. Lefkow

## PLAINTIFF'S RESPONSE TO NON-PARTY AMAZON.COM, INC.'S MOTION FOR TEMPORARY STAY OF ENFORCEMENT OF TRANSFER ORDER

Plaintiff Guanghua Chen, through undersigned counsel, respectfully requests that the Court deny as moot Amazon.com, Inc.'s Motion for Temporary Stay of Enforcement of Transfer Order [36].

1. Plaintiff has filed a Satisfaction of Judgment [37]. Plaintiff accepts the settlement payments received in full and final satisfaction of all monetary obligations under the Consent Judgment [31] as to all Defendants identified in Exhibit 1 thereto.
2. Plaintiff withdraws all outstanding requests for deduction or remittance of seller funds by Amazon under Orders [19], [24], and [31] and relinquishes any right to obtain further payment under those Orders.
3. Amazon's motion seeks to temporarily stay the provisions of Orders [24] and [31] directing Amazon to transfer seller funds to Plaintiff. See Dkt. 36 ¶ 9 and Prayer for Relief. In light of Plaintiff's acknowledgment of satisfaction and unconditional release, no further transfer to Plaintiff remains necessary, and the requested stay would serve no remaining collection-

related purpose.

4. Plaintiff does not request that Amazon release any independently restricted funds to Defendants or any other recipient. The relief requested here concerns only further transfers to Plaintiff under the identified Orders.

Accordingly, Plaintiff respectfully requests that the Court deny Amazon's Motion [36] as moot.

DATED: October 1, 2026

Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com
***Counsel for Plaintiff***