**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Guanghua Chen,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-05339

Honorable Joan H. Lefkow

**PLAINTIFF'S MOTION TO TERMINATE AMAZON'S OUTSTANDING TURNOVER OBLIGATIONS**

Plaintiff Guanghua Chen, through undersigned counsel, moves to terminate Amazon.com, Inc.'s outstanding obligations to deduct or transfer funds to Plaintiff under Orders [19], [24], and [31], and to deny Amazon's Motion for Temporary Stay of Enforcement of Transfer Order [36] as moot. In support, Plaintiff states:

1. Plaintiff has filed a Satisfaction of Judgment [37] and a response to Amazon's motion [38]. Consent Judgment [31] incorporates the payment obligations under Orders [19] and [24]. Plaintiff accepts the settlement payments received in full and final satisfaction of all monetary obligations under Consent Judgment [31] as to all Defendants identified in Exhibit 1 thereto. Plaintiff releases any remaining unpaid monetary balance under that judgment. [37]

2. Plaintiff hereby unconditionally and irrevocably waives all rights to further payment or turnover from Amazon under Orders [19], [24], and [31]. Plaintiff will not seek enforcement, contempt, damages, or other relief against Amazon based on its failure to make additional deductions or transfers under those Orders.

3. Rule 60(b)(5) permits relief from a final judgment that has been satisfied, released, or discharged. Plaintiff requests modification of Consent Judgment [31] and the corresponding transfer provisions of Orders [19] and [24] solely to terminate Amazon's outstanding deduction and transfer obligations to Plaintiff.

4. Amazon seeks a stay of transfers under Orders [24] and [31]. Dkt. 36 ¶ 9 and Prayer for Relief. Once those transfer obligations are terminated, no further transfers to Plaintiff remain to be stayed. Plaintiff respectfully requests resolution on the papers.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order: (a) modifying Orders [19], [24], and [31] solely to terminate Amazon's outstanding obligations to deduct or transfer funds to Plaintiff under those Order; and (b) denying Amazon's Motion [36] as moot.

DATED: October 5, 2026

Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, I electronically filed the foregoing response and motion with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all registered counsel of record.

*/s/ Qin Zhuang*

Qin Zhuang