**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Guanghua Chen

Plaintiff,

v.

Case No.: 1:26−cv−05339
Honorable Joan H. Lefkow

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. As stated on the record, the motion to stay [36] is granted. A status hearing is set for 11/10/2026 at 11:00 a.m. in courtroom 2201. The parties shall file a joint status report by 11/6/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.